_____

No. 96-1012ND
_____

Sharon E. Joelson,                     *
                                       *
            Appellant,                 *
                                       *
    v.                                 *    Appeal from the United States
                                       *    District Court for the District
Jesse Brown, in his official           *    of North Dakota.
capacity as Secretary of the           *
United States Department of            *         [UNPUBLISHED]
Veterans Affairs,                      *
                                       *
            Appellee.                  *

_____

                Submitted:  November 22, 1996

                  Filed:  November 27, 1996
_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.
_____


PER CURIAM.


        Sharon E. Joelson appeals the district court's adverse grant of
summary judgment in this disability-based employment discrimination action.
Having carefully reviewed the record and the materials submitted by the
parties, we conclude the district court's decision is clearly correct and
the issues do not warrant a comprehensive opinion.  Finding no reversible
error, we affirm for the reasons stated in the district court's memorandum
opinion.  See 8th Cir. R. 47B.


        A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.